IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
09/13/2022
JEFFREY P. ALLSTEADT, CLERK

In re: LEE ANNA GOREE )  Case No.: 22 B 07777
)
)  Chapter 13
)
Debtor(s) )  DISQUALIFIED Judge Baer
)  **DESIGNATION OF REAL RECORDS**

**DESIGNATION & SUPPLEMENTATION OF THE RECORDS FOR THE RECORDS OF THE BK COURT & CLERKS ARE FALSIFIED/COUNTERFEITED AS A HARBINGER'S DEFALCATED NON-CORPOREAL FIRST EVIL & CAN NOT BE TRUSTED FOR THE OFFICE OF THE CLERKS ARE** *BAD CUSTODIAN(S) OF THE RECORDS*:

*HARBINGERS OF DEATH*: COLLOQUIALLY KNOWN AS BRINGERS AND SELF-REFERENCES AS THE WE, WERE THE HIGHEST PRIESTS AND FOOT SOLDIERS OF THE NON-CORPOREAL FIRST EVIL. THESE BEINGS WERE SEEMINGLY FORMER HUMANS THAT HAVE BEEN CORRUPTED BY THE FIRST AND TRANSFORMED THROUGH RITUALS (AKA PROHIBITED HIDDEN/SIDEBAR AGREEMENTS EX PARTE COMMUNICATIONS WITH ATTORNEY(S) DAVID BARHYDT & MEGAN LAZAR) THAT INCLUDED SELF-MUTILATIONS (CONCEALMENT OF THE RECORDS)..

**AND NOW COMES**, Authorized Representative and Beneficial Title Holder on behalf of the Incompetent Defendant(s) Corporations and Vessel(s) and Minor Infant Account,: Lee -Anna :Goree, the Undersigned, in her Proper Persona, as Sui Juris and Accommodating Party as Relator of Information and facts; Beneficial Equitable Title Holder, living, soul, attest, free Women upon the free soil of the "**Free Will**" of the Republic of Illinois. Before this ILLICIT UNITED STATE BANKRUPTCY COURT & THE UNITED STATES DISTRICT COURT ON APPEAL; one of the inherited constituents of, "**We the People and Beneficiary/Equitable Title Holder,**" "living

In Re: Lee Goree                                                                                  22 B 07777

*soul"* over the **UNREVEALED & INTENTIONALLY UNDISCLOSED MINOR ACCOUNTS: LEE GOREE, Lee Goree, etc., vessel & Transmitting Utilities, forced placed & coerced securities**, any and all derivatives thereof; *Unlawful INCOMPETENT forced placed sureties and COERCED grantor(s) & TRANSMITTING UTITLITIES BY DECEPTION FOR THE ILLICIT INCORPORATED STATE OF ILLINOIS aka IL. All Rights Restored and Reserved NEVER WAIVED, not "Pro`Se"* entering said Court by **"Special Appearance" under Duress, Threat of Loss of Gainful Employment, Loss of Earning, etc.,** *& Not by "General". Non-Confirming Victim(s) of Prejudice and Governmental Prejudice & Excitement of Officers of the Court knowingly & intentionally/ Maliciously Committing FRAUD UPON THE COURT, Files this Designation of Supplemental Records and Issues to be addressed on Appeal for said Office of The Clerks has FABRICATED THE FACTUAL RECORDS OF THIS CASE; AND THEY ARE NOT GOOD CUSTODIAN OF THE RECORDS. So, have a true and meaningful Review of the information and facts that was intentionally and knowingly kept Away from the records of the Courts. I/We DEMAND That these following Documents be ye' Submitted to the Federal District Court as follows:*

  *Appellant moves this Appellate District Court to take Judicial Notice that these Designation of Records have been submitted for the Records to the Bankruptcy Court on* <u>August 20th, 2022,</u> *the Issue to be Address on Appeal had been already filed with the Office of the Clerks and like all other documents the Clerks have been intentionally refusing to file the documents without just cause nor authorization from the Courts in doing so. Even the Chief Judge Goldgar's Sixth Amendment Order Repudiate the Clerks false contentions and they have contravened the Chief Judge*

*rulings to give DISADVANTAGING THIS APPELLANT to obstruct this appellate Court from Ever seeing these material documents.*

And when said Appellant filed his Criminal Complaint against the Office of the Clerks, said Appellant filed a complete Designation of Records on **August 25th, 2022**; because the Documents is a Complaint against the unlawful Interference of the Office of the Clerks, I know that they was hoping to keep this document out of Appellate Review.

Now, as it stands, all documents are help unlawfully CAPITIVE/HOSTAGE by the Office of the Clerks as a means of Harassment, Intimidation, Humiliate, Improper Purposes, Impede & Obstruct the proper Administration of Justice. Being that the Office of the Clerks have Devised and/or Intended to Devise a Scheme/Artifice of the Records to Defraud this Appellate District Court that they have compiled a true and Correct Records of the proceedings within this case AND ITS NOT and for this District Appellate Court to rely on the false records as True.

DESIGNATION & SUPPLEMENTATION OF THE RECORDS ARE AS FOLLOWS:

- BK NOTICE OF OBJECTION TO TRUSEE'S MOTION AND DEMAND FOR TRUSTEE'S DISQUALIFICATION FILED Aug. 3, 2022, Never Stamped Never Submitted. Seven 7 ppg. See Notice of Acknowledgment of Receipt of Submission; Wed, Aug. 3, 2022, Automatic Reply. **_Submit_**.

- ALL the Bankruptcy Required Schedules on Friday, *August 5Th, 2022*; No automatic reply, no stamping and no docketing Court in Open Court said it was never received. Seven 7 separate attachments. **_Submit_**.

- Limited Power of Attorney IHHA, Four 4 pg., The Third-Party Summons, Two 2 pg., **_EXHIBITS OF THE CASE_**: THE DEMAND FOR JUDGE BAER TO TAKE

In Re:  Lee Goree                                                                                    22 B 07777

JUDICIAL NOTICE DOCUMENT Four 4 pg., LETTER FROM THE COURT BASE RENTAL ASSISTANCE ABOUT G & I REFUSAL & OBSTRUCTION OF THE EMERGENCY RENTAL ASSISTANCE FUNDS Two 2 pg., NOTICE OF ILLINOIS NEW EVICTION PROTECTION ORDIANCE AND CONTINUAL PROTECTION OF TENANTS POST-PANDEMIC Six 6 ppg., GENERAL POWER OF ATTORNEY AS FILED BY DEBTOR One 1 pg. **Submitted** to Bankruptcy Email for filing on *Aug. 19th, 2022*; No Automatic Reply email notice, no stamping of any of the documents and No docketing Court in Open Court said it was never received but Judge Baer knew of its submission. Clerks Concealed. **Submit**.

- Received Automatic Reply about the error message of the Court's Calendar on website stating No Court hearing schedule with wrong case number and correct Court Case Number. Friday, *Aug. 19th, 2022*, at 10:30 am. with their same Oppressive message that a "***Pro Se Litigant***" have to have **wet**-ink signature that is not required by law and suspended by CHIEF JUDGE. **Submit**.

- Original Demand OF DISQUALIFICATION OF JUDGE JANET S. BAER. No Reply Automatic Reply, No Evidence of being stamped by Office of the Clerks, No Evidence it was submitted to the Appellate District Court, No Evidence of it ever being filed upon the docket & record of the Court but was spoken in Open Court for the Record of the case. Submitted on *August 19th, 2022*. **Submit**.

- Notice to the Clerk of Court about the information shown on the Courts OF NO SCHEDULED HEARING website with correct case number asking for New Court date then conflicting information of what was supposed to be Heard by the Disqualified Judge after being also BLOCKED from the ZOOM hearing call for HOURS. **Submit**.

- Issues to be Address on Appeal filed on Sat. *Aug 20, 2022*; and Notice for the Office of the Clerk Lakeysha Sims that Appeal was accepted and being Processed on *Aug. 22, 2022*; which should have been time stamped *Aug. 19th, 2022* the day it was received. Mutilated Document because Clerks Coerced and threatened that is the document was not changed by Petitioner they would not accept it because of electronic signature. **Submit**.

- Notice of Appeal and District Court docketing forms submitted within the Office

of the Clerk's email but no evidence of it being filed or stamped because it was not returned within the mail served upon all parties about the Notice of Appeal. Coerced, Mutilated, Concealed and Never timely nor properly docketed upon the record of the Court. Three 3 separates attachments submitted on _August 19th, 2022_. **_Submit_**.

- Resubmitted Original Notice of Appeal with IFP Waiver and Additional Statement of exemption from court fees filed on Saturday, Aug. 20, 2022, No reply to Automatic Reply from Clerks Office No mentioning of said filing by Clerk Lakeysha Sims when she confirmed the filing of the Notice of Appeal. No evidence of filing, no court stamping, and no docking of any of the documents, nor evidence that it was sent up with the Notice of Appeal to the Appellate District Court. **_Submit_**.

- Written Demand to DISQUALIFY JUDGE JANET S. BAER re-submitted again On _August 23rd, 2022_; with Supporting documents as Exhibits Seven 7 attachments in all. Never Filed never stamped by the Office of the Clerks No reply to Automatic Notice from court's email. No, evidence it was ever sent up with Notice of Appeal to Appellate District Court. Purposefully, Concealed, WITHHELD AND NOT DOCKETED ON THE RECORDS OF THE COURTS. **_Submit_**.

- Notice and Complaint Against the Office of the Clerks/Judicial Notice of Altered, Concealed & Mutilated Government Documents by Office of the Clerks BAD Custodian of Records as filed on _August 25th, 2022_, still not of Record. **_Submit._**

- The Chief Judge of the Bankruptcy Court A. Benjamin Goldgar's Sixth Amendment General Order No. 20-03 dated _April 19th, 2022_, saying the wet-Ink Signatures' requirements were "**_SUSPENDED_**". **_Submit_**.

- True & Correct Copy of the Original Docket Report of this Case showing that the Office of the Clerks put DEBTORS FULL SOCIAL SECURITY NUMBER ON THE DOCKET REPORT & HER PERSONAL ID WITH FULL COLORED PICTURE SO THAT NO ONE COULD MISTAKENLY IDENTIFY HER. TO COMPROMISE HER "TAX INFORMATION" & PRIVACY RIGHTS MALICISOUSLY & VINDICTIVELY COMPROMISE HER PERSONAL PRIVATE INFORMATION/INVASION & PUTTING HER AT '**_RISK_**' **_OF LIFE THREATENING AND POTENTIAL DANGEROUS SITUATIONS_**

IF SAID INFO. GOT INTO THE WRONG HANDS BY "PUBLIZING HER PRIVATE & PERSONAL INFORMATION". Information Shockingly Discovered on *August 25th, 2022*. **Submit**.

Appellant/Petitioner reserves the right to add additional documentation of filings kept of the records as it becomes revealed to her and her POAs.

ISSUES TO BE ADDRESSED ON APPEAL:
NOTICE OF APPEAL TO BE A SUPERSEDEAS BOND
AGAINST THE DISQUALIFIED JUDGE'S (2) TWO ORDERS OF
AUGUST 19TH, 2022; OFFICE OF THE SHERIFF
ARE HEREBY ENJOINED FROM PROCEEDINGS TO EVICT
UNTIL THE ALL-APPELLATE PROCESS IS PRECLUDED

The judge has been Disqualified Order & Illegal dismissal from the Protection of the Automatic Stay based on A void Order of the lower Court Judge of the 18th Circuit Judicial Court of DuPage County who failed to even respond to the Challenge of Jurisdiction and played the same Trick that this Court did attempted to lock Representatives of the Debtor out so that the Court could falsify a Failure to Appeal.

Lower Court Order was void upon its face for failing to respond to the Challenge of Jurisdiction and having a Sham Proceedings without Opportunity to Dispute

Lower Order for Eviction violated the Illinois Gubernatorial Proclamation and Executive Orders the Illinois Eviction Prevention and is therefore
VOID upon its face.

The Order of the Bankruptcy Court is based on a VOID Order of the Lower Courts and was rendered in Absent of All Jurisdiction and therefore Judge Baer's Order to Dismiss this Chapter 13 and the protection of the Automatic stay is Arbitrary and Capricious and VOID upon its face as well and is UNENFORCEABLE FOR IT CONTRADICTS THE STATE OF ILLINOIS EVICTION PROTECTION ORDINANCES, AND THE PANDEMIC RELIEF EFFORTS.

Appellant Reserves the Right to Add Additional issues to be addressed on Appeal. Order was not attached for Judge attempted to make these order after working a FRAUD to attempt to not have Debtors people participate in the ZOOM call. Appellant was never given the number to the call nor its password or call. The court website said there was No hearing scheduled for the above-styled case and yet it was one on going after the Appellant had to keep calling the office of the clerks letting them know that

she was being blocked from getting on the call; for the Court to Fake a Failure to Appear by the Appellant.

Appellant moves this Appellate Court to make a legal determination and deem the actions of the Officer the Clerks complete Official Misconduct, Unlawful Interference By A Government Agency/Official, and the Acts Recklessly endangered the rights

And Privacy of the DEBTOR & THIS CASE MUST BE REFERRED UP FOR CRIMINAL PROSECUTION & OFFICIAL INVESTIGATION.

This Case is Hereby Appealed, and Stayed until All Appellate Process has precluded. This Affiant Victim and Witness to Criminal Activities Conducted by the Office of the Clerks Reserves the right to add additional information of Issues to be Address within The Appellate Brief.

This Affiant Victim and Witness to Criminal Activities *further sayeth Naught*.

Dated this __12th__ day of __September__, in the Year of Our Lord, 2022,

Respectfully Submitted,

U.C.C. 1-308 Without Prejudice, All Rights Restored

& Reserved, Never Waived,

/s/: :Lee -Anna :Goree    ℒAℊ  T.D.C.    [signature]
:Lee -Anna :Goree, Propria Persona Sui Juris

# VERIFICATION

I, :Lee -Anna :Goree_____, do hereby verify that the Statements made in the foregoing: **DESIGNATION & SUPPLEMENTATION OF THE RECORDS FOR THE RECORDS OF THE BK COURT & CLERKS ARE FALSIFIED/COUNTERFEITED AS A HARBINGER'S DEFALCATED NON-CORPOREAL FIRST EVIL & CAN NOT BE TRUSTED FOR THE OFFICE OF THE CLERKS ARE *BAD CUSTODIAN(S) OF THE RECORDS*,** are true & correct to the best of my abilities, and firsthand knowledge and belief,

In Re: Lee Goree                                                                 22 B 07777

as I understand it to be. I understand that false statements [Should go for the Apartment Complex & Attorney as well] herein are made subject to the penalties In re: Lee Goree of Section 1-109 of the Illinois Code of Civil Procedure.

Dated this __12th__ day of __September__, in the Year of Our Lord, 20__22__.

Respectfully Submitted,

U.C.C. 1-308 Without Prejudice; All Rights Restored

& Reserved, Never Waived,

/s/: :Lee -Anna :Goree                LAG , Lee Goree  T.P.C.
:Lee -Anna :Goree, Propria Persona Sui Juris

**CERTIFICATE & AFFIDAVIT OF SERVICE**

I, _:Lee -Anna :Goree_, hereby certify that a true and correct copy of this: **DESIGNATION & SUPPLEMENTATION OF THE RECORDS FOR THE RECORDS OF THE BK COURT & CLERKS ARE FALSIFIED/COUNTERFEITED AS A HARBINGER'S DEFALCATED NON-CORPOREAL FIRST EVIL & CAN NOT BE TRUSTED FOR THE OFFICE OF THE CLERKS ARE _BAD CUSTODIAN(S) OF THE RECORDS_,** in referenced case was sent to the following recipients by the following methods of service by certified return receipt & on or before _September 25th , 2022_; and hand delivery And/or electronic filing & e-mail on or before _September 14th, 2022_.
cc:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DIRKSEN U. S. COURTHOUSE
219 S. DEARBORN ST.,
CHICAGO, IL. 60604
ATTN: OFFICE OF THE CLERKS

In Re: Lee Goree

22 B 07777

US BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
DIRKSEN U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL. 60606
ATTN: OFFICE OF THE CLERKS
AND JUDGE BAER'S CHAMBERS

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Rd., Suite 650
Lisle, IL. 60532

MARQUETTE MANAGEMENT, INC
ATTN: KARISA HAMMOND, PROP. MANAGER
6715 LAKE SHORE DR.,
WESTMONT, IL. 60540

LAW OFFICE OF DAVID K. BARHYDT
DAVID K. BARHYDT/ATT. CODE #8560
2901 BUTTERFIELD RD.,
OAK BROOK, IL. 60523

Dated this __12TH__ day of __September__, in the Year of Our Lord, 2022;

Respectfully Submitted,

U.C.C. 1-308 Without Prejudice; All Rights Restored

& Reserved, Never Waived,

/s/: :Lee -Anna :Goree            Lee Anna Goree  T.D.C.

:Lee -Anna :Goree,
Propria Persona Sui Juris